UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:
MIRIAM M. HERNANDEZ VERDECIA ,   Case No: 20-22370-LMI
                                 Chapter 7

_____Debtors_____/

## MOTION TO REINSTATE CHAPTER 7 CASE

**COME NOW,** the Debtor, Miriam M Hernandez Verdecia**,** by and through their undersigned counsel and moves this Honorable Court for an Order Reinstating Case and as grounds therefore would show:

1. On November 11,2020, the instant case was filed as a chapter 7 bankruptcy.

2. On December 11,2020 this case was dismissed.

3. Due to a technical error that occurred during the uploading of the payment advices.

4. The required documents are being filed simultaneously with this Motion.

5. The Debtors case was filed in good faith and the Debtors will be unjustly prejudiced if not permitted to reinstate the case.

**WHEREFORE,** the Debtors pray this Court grant an Order Reinstating Dismissal and reinstating this case.

**I HEREBY CERTIFY,** that a true and correct copy of the foregoing was sent on 15th day of December, 2020 via ecf to Soneet Kapila, Trustee and regular mail to all parties on the service list.

Respectfully Submitted:

**ROBERT SANCHEZ, P.A.**
Attorney for Debtor
355 West 49th Street
Hialeah, FL 33010
Tel. 305-374-1234

By:*/s/ Robert Sanchez*_____
     Robert Sanchez, Esq., FBN#0442161

Bank of America
PO Box 851001
Dallas, TX 75285-1001

Capital One
PO Box 60599
City of Industry, CA 91716-0599

El Dorado Furniture
PO Box 659622
San Antonio, TX 78265-9622

Macy's
PO Box 8218
Mason, OH 45040-8218

Miami-Dade Tax Collector
200 NW 2nd Avenue
Miami, FL 33128

Planet Home Lending, LLC
PO Box 69197
Baltimore, MD 21264-9197

Sears
PO Box 9001055
Louisville, KY 40290-1055

Southeast Toyota Finance
PO Box 70832
Charlotte, NC 28272-0832

Southeast Toyota Finance
PO Box 70832
Charlotte, NC 28272-0832